# Court of Appeals
# of the State of Georgia

ATLANTA, APRIL 21, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0288. IN THE INTEREST OF: D. N. J. S. AND J. D. S., CHILDREN (MOTHER) .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
J131002, J131001



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, April 21, 2014

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.